FULL NAME
COMPLIANANT-INTERVENOR
COMMITTED NAME (if different)

SANTA MARIA, CA 93458
FULL ADDRESS INCLUDING NAME OF INSTITUTION

PRISON NUMBER (if applicable)

FILED
CLERK, U.S. DISTRICT COURT

JUL 14 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JOHN BRIGHT             PLAINTIFF,

v.

CITY OF SANTA MARIA, CHIEF
PHIL HANSEN, SGT. JESUS
VALLE #19091 RICARDO ARIAS
#21116, DANIEL MARTINEZ     DEFENDANT(S).

CASE NUMBER 2:23-CV-06288-JWH-MAR
2:2022cv08344
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes  ☒ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
   Plaintiff COMPLAINANT-INTERVENOR IN RE THE MATTERS OF JOHN BRIGHT V.
   CITY OF SANTA MARIA
   Defendants DIGNITY HOME HEALTH, HOSPICE & INFUSION, CHIEF MARC SCHNEIDER,
   OFFICER PONCE, OFFICER SANTIAGO; JOHN DOES 1-1000 ET AL, Defendants

b. Court UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

c. Docket or case number 2:2022cv08344

d. Name of judge to whom case was assigned presiding judge Patricia Donahue

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) yes, it is still pending

f. Issues raised: FOR VIOLATION OF CIVIL                RIGHTS 42 U.S.C. § 1983         I

g. Approximate date of filing lawsuit: November 15, 2022

h. Approximate date of disposition UNKNOWN

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred?  ☒ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint?  ☒ Yes   ☐ No

   If your answer is no, explain why not pending

3. Is the grievance procedure completed?  ☐ Yes   ☒ No

   If your answer is no, explain why not unknown, to the best of my knowledge

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff COMPLIANANT-INTERVENOR
                                                          (print plaintiff's name)
who presently resides at COUNTY OF SANTA BARBARA, SANTA MARIA,
                          (mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
SANTA MARIA, CA
                     (institution/city where violation occurred)

on (date or dates) _____7/5/23_____, _____, _____.
                          (Claim I)                 (Claim II)            (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant   SANTA MARIA POLICE DEPARTMENT    resides or works at
                (full name of first defendant)
                OFFICER SANTIAGO
                (full address of first defendant)
                OFFICER PONCE
                (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

Explain how this defendant was acting under color of law:

_____
_____

2. Defendant   DIGNITY HOME HEALTH, HOSPICE & INFUSION   resides or works at
                (full name of first defendant)
                124 S. COLLEGE DRIVE
                (full address of first defendant)
                SANTA MARIA, CA 93454
                (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

Explain how this defendant was acting under color of law:

inside outside our homes, neighborhoods employees, agents for, Dignity Hospital, Santa Maria Police Department

3. Defendant _____ resides or works at
                (full name of first defendant)

                (full address of first defendant)

                (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

_____
_____

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

**D. CLAIMS\***

**CLAIM I**

The following civil right has been violated:

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

*\*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

_6/11/23_
(Date)

_[signature]_
(Signature of Plaintiff)

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

NOTICE OF INTERVENOR IN RE MATTER OF

JOHN BRIGHT,    Plaintiff,

v.

CITY OF SANTA MARIA, CHIEF PHIL HANSEN, SGT. JESUS VALLE #19091 RICARDO ARIAS #21116, DANIEL MARTINEZ #90346, DOES 1-10,
Defendants.

**NOTICE OF INTERVENOR/COMPLAINT FOR DAMAGES**

Code of Civil Proc., sec. 387(c)

Asking for Mr. Elizondo, my Dad I phoned Dignity Hospital on or about July 15, 16 but serveral time I was told that there was nobody by that name there.   On July 16, 2022 Mr. Elizondo, my Dad passed-away.

On or about the events, activities of July 14, 15, 16 2022 the County of Santa Barbara for, the Department of Social Services Sr. at the estates, lots of 967 West Bunny Ave, identified herself, as Elizabeth Anda appears on a *welfare check*.   She had received several calls from a neighbor(s), this was argumentive and asked if she may enter the house only a day after Mr. Elizondo was released from the hospital, under my care.

And I told her that Mr. Elizondo was also examined by Diginity Home Hospice Infusion staff, nurses.   And that, he was told by those nurses that he is doing just fine, he has excellent medical readings and that he may be taken off home hospice; and that he is well taken care of, by his family.

On or before July 14, 2022 the County of Santa Babara appears on this welfare check Dignity Health Home Hospice Infusion refuse to show up or to check on Mr. Elizondo's welfare.   Instead Dignity Home Health Hospice Infusion phoned SMPD on a gist and argumentive claims and sent for officers, fire department, a task force on welfare checks.

The night before the SMPD explained that they were phoned by Dignity Home Health Hospice Infusion staff and that they were told that claimant would Not let them enter, to see Mr. Elizondo.   Claimant responded by stating that I just called Dignity Home Health Hospice staff, for a nurse.

SMPD then asked how is he, can we see him, then I explained that Mr. Elizondo was just release, from the hospital, release in my care.   They were denied entry. They responded and by mandatory order, they entered the house.

*This was Not an emergency*, but on or before July 14, 2022 again the SMPD appears without a court order, with the paramedics.   Officers, Santiago, Ponce for the SMPD, paramedics enters the house; and removes Mr. Elizondo.

Before removing Mr. Elizondo from the house they meet and confer, on a call with a Dignity Home Health Home Hospice Infusion, staff members.   Officer Santiago claim that he just talked with Ms. Elizondo and that she makes the decision, and that she is the decision maker.   And that, Ms. Elizondo was Not on medication.

Claimant responded by explaining that he has Mr. Elizondo's signiture on Health Directives, power of attorneys agreement (TOD) documents.   Officer Santiago then said "you do Not want to get a charge for obstruction, Do You Not want your Dad to get well, to get medical treatment," and that "these people are professional that they know what they are doing."

 Under the care of SMPD, paramedics on July 16, 2022 my Dad passed-away.

INTERVENOR ESTEBAN MARTINEZ M., for a Complaint alleges as follows:

## JURISDICTION

1. Jurisdiction of this Court is invoked under 28 U.S.C. Section 1331 and 1343.

## ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

2. At all times herein mentioned, Plaintiff JOHN BRIGHT was an adult male individual residing and self-employed in the City of Santa Maria, California and within the Central Judicial District of the United States District Court.

3. Defendants City of Santa Maria (hereinafter "CITY") is and at all times herein mentioned has been a public entity and an incorporated city duly authorized and existing as such in and under the laws of the State of California; and at all times herein mentioned, *bargain-for-exchanged* Defendant CITY possessed the power, to issue permits and authority to adopt policies, covenants, restrictions, conveyances, contractual, subcontractual agreements grantee-grantor Interest usage *of these* estates, lots with Tri-M Group Rental, Inc., Agro-Jal Farms, Adams Bros. Farms, Chavez Farms Trust, others invited businesses activities, events at the estates, lots of John Does 1-1000 owners as agents.

4. Complainant-Intervenor is informed and believes, in re Profile of these neighborhoods or agents for City, County employees, Dignity Home Health Hospice Infusions and thereon alleges that each owners of these homes,

estates, lots and prescribe rules, regulations, search seizures/welfare checks and practices <u>affecting the operation of</u> involving employees of the **SANTA MARIA POLICE DEPARTMENT ("SMPD"),** the Fire Department task force, Paramedics, **Code Compliance Enforcement Division, Parks & Recreation Department-Rangers, Building Inspection Department** City and County employees, officers and particularly said Department's Training and Personnel Divisions, Patrol, SWAT, Internal Investigations and other operations and subdivisions presently unidentified to Plaintiff intrusion and seclusion *and* their tactics, methods, practices, customs and usages.

4. Plaintiff is informed and believes and thereon alleges that each of the Defendants designated as a DOE is responsible in some manner for the events and happenings herein referred to, and thereby proximately caused injuries and damages as herein alleged. The true names and capacities of DOES 1 through 10, inclusive, as agents for Dignity Health Home Health Hospice Infusion and each of them, are not now known to Plaintiff who therefore sues said Defendants by such fictitious names. Plaintiff will amend this Complaint in accordance with California Code of Civil Procedure Section 474 and FRCP 15 to show their true names and capacities when same have been ascertained, as alleged therein.

5. At all times herein mentioned, Defendants Marc Schneider Chief

of Police, RICARDO ARIAS #21116, SGT. JESUS VALLE #19091, DANIEL MARTINEZ #90436, PONCE, SANTIAGO and DOES 1-1000 et al are (or were) believed to be employees and agents of the CITY OF SANTA MARIA. All said defendants were acting under color of law within the meaning of 42 U.S.C. § 1983.

6. Defendants, and each of them, did the acts and omissions hereinafter alleged maliciously, in bad faith and with knowledge that their conduct violated clearly established and settled law.

7. There is a grievance procedure available at the institution where the events relating to this current complaint occurred.   On/about January 15, 2022 Complaint-Intervenor has filed a grievance concerning the facts relating to this current complaint.   To the best of my knowledge, it is still pending this grievance has Not been completed.   Attached are copies of papers related to this grievance procedures.

8. This action has been tolled during the pendency of the exhaustion of administrative remedies, this grievance *for decision* pursuant to the Administrative Procedure Act applicable through federal law herein.

 sang ko <upsstore6973@gmail.com>

## Message from "RNP002673F550A3"
1 message

**upsstore6973@gmail.com** <upsstore6973@gmail.com>  Mon, Jan 23, 2023 at 4:29 PM
To: cnamisconduct@cdph.ca.gov

This E-mail was sent from "RNP002673F550A3" (Pro C5200S).

Scan Date: 01.23.2023 16:29:56 (-0800)
Queries to: upsstore6973@gmail.com

📎 **20230123162956417.pdf**
116K

State of California – Health and Human Services Agency — California Department of Public Health

# CNA/HHA/CHT REPORT OF MISCONDUCT

To: California Department of Public Health (CDPH)
Investigation Section, MS 3303
P.O. Box 997416
Sacramento, CA 95899-7416
(916) 492-8232 or (916) 445-4423
Email: cnamisconduct@cdph.ca.gov
FAX: (916) 552-8788

From reporting party/complainant:
Name and Title: Estebah Muinz
Address: 967 W. Sunny Ave
Telephone: 805 956-6247

Requesting anonymity: ☒ Yes ☐ No
Date Sent to CDPH:

| Name of Accused CNA/HHA/CHT | Certification number | *Social Security Number |
|---|---|---|
| Home Health, Hospice & Infusion | | |

| Other known alias | Date of Birth | Telephone number |
|---|---|---|
| Dignity Health | | 805 714-2036 |

| Address (number and street name or P.O. Box number) | City | State | ZIP code |
|---|---|---|---|
| 124 S. College Drive | Santa Maria | CA | 93454 |

| Employer name | | Telephone number |
|---|---|---|
| Tina McEvoy | | 805 739-3830 |

| Address (number and street name or P.O. Box number) | City | State | ZIP code |
|---|---|---|---|
| Santa Ft Mova | | | |

| Administrator name | Action taken: |
|---|---|
| Juliet Bryan, RN | ☐ Termination  ☐ Suspension  ☐ None |

Brief description (include date and approximate time of incident). Use reverse for additional space or attach sheets.

See Attachment

If available, please provide the following:
- Copies of any investigation reports and witness/resident statements related to incident.
- Names and addresses of any law enforcement or other agency to whom this was reported.

**Reported to:** ☐ Licensing and Certification District Office  ☐ Law Enforcement Agency  ☐ Ombudsman
☐ Department of Consumer Affairs  ☐ Department of Justice, Bureau of Medi-Cal Fraud & Elder Abuse

Date Reported

*Social Security Number Disclosure: Pursuant to Title 42, Code of Federal Regulations, section 666(a)(13) and California Family Code, section 17520, subdivision (d), the California Department of Public Health (CDPH), is required to collect social security numbers for nursing assistant certificates, home health aide certificates, and hemodialysis technician certificates. Your social security number will be used by CDPH for internal identification and may be used to verify information.

CDPH 318 (01/15)  This form is available on our website at: www.cdph.ca.gov

On or before July 14 Dignity Health Home Hospice Infusions refused to show up to treat Mr. Elizondo instead they sent for SMPD on a welfare check, the SMPD explain that they were told that claimant would not let them see Mr. Elizondo and SMPD asked can we see how he is. Dignity Health Home Hospice Infusions was phoned by claimant.

SMPD, officers were argumentive they mandated entry; they entered, after I responded by explaining to the SMPD that Mr. Elizondo and I were just at the hosptial, that he was seen by the doctors; and that he was   released *in my care, this was not a emergency circumstance.*

The next day paramedics, SMPD, officer Santiago presence were all this property, curtilage on a welfare check, without a court order, my consent, *again* and entered this property, curtilage, eventually the house on a mandatory entry.

the SMPD was informed that Dignity is being and after meeting with Mr. Elizondo claimant would be calling for a nurse, to meet with us, here.   Officer Santiago would not allow this, he took a call from Dignity Home Health Hospice Infusions, staff, Tina, others.

Mr. Elizondo, claimant would be calling for a nurse, and replaced by Santa Maria Home Hospice service and that he understood that he gets it because he his family knows all about these arrangements, legal agreement, including California Advance Health Care Directives, deeds when it is Not notorized, who is the medical decision maker.   And besides that Mr. Elizondo did not sign this, it was a scribble, that this was Not his signature.

Claimant told the SMPD that Ms. Elizondo is medicated, under her doctor order, her consent was at issue and that she does not have these directives agreements, deed (TOD), decisions.   But officer Santiago claim, that she looks alright, I just talked with her,   that she make this decision, that she is the medical decision maker.

Officer Santiago said "you do Not want to get charged with obstruction, Do you Not want your Dad to get medical treatment, these people are professionals, County and City, paramedics employees for the fire department entered the house.   the City Fire Department was at the West Bunny Avenue, North Western intersection, lying-in-waite   Officer Ponce arrives late, he stays in his vehicle from 968 West Bunny Ave, a security guard employee for Dignity Hospital Officer Santiago leaves the property, curtilage he   walks to Officer Ponce.

They meet and confer, I overheard Officer Santiago say this was staged, he was set up, no re-enty.

On or before July 14, 15, 16, 2022 the Department of Social Services, County of Santa Barbara, Elizabeth Anda, Social Worker Sr., Adult Protective Services was *lying-in-waite and* appears on a welfare check at the estate, lot of 967 West Bunny Avenue.

And **claims on a gist** that she has received a phone call from a neighbor, in re welfare check of   Mr. Elizondo and if she, for the County may enter the home.

at 968 I observed a tenant in uniform with a security guard logo for Dignity Hospital, at   971 is employed as a nurse for Dignity Hospital; 976 West Agnes Avenue may be a County facility, Mental Health.

On or about July 15, 16 asking for Mr. Elizondo, my Dad I phone Dignity Hospital, several times I was told that there was nobody by that name.   But on July 16, 2022 I was told that Mr. Elizondo had passed a-way.

noted, CNA Licensing, Home Health, Hospice
IV Infusion

