UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEBAN MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SANTA MARIA ET AL,<br><br>Defendant(s). | Case No. 2:23-cv-06288-MWC (MAR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that judgment be entered dismissing the Third Amended Complaint with prejudice and without leave to amend.

Dated: December 6, 2024

_____
HONORABLE MICHELLE WILLIAMS COURT
United States District Judge