UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEBAN MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SANTA MARIA ET AL,<br><br>Defendant(s). | Case No. 2:23-cv-06288-MWC (MAR)<br><br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

Dated: December 6, 2024

_____
HONORABLE MICHELLE WILLIAMS COURT
United States District Judge